IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:25CR00634 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW MEYERS, | ) | NOTICE OF RELATED CASE |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, David M. Toepfer, United States Attorney, and Joseph P. Dangelo, Assistant United States Attorney, and hereby notifies this Court, pursuant Local Rule 57.9(b)(3), that the instant case might be considered related to another case in this District, 5:24CR0405, United States v. Andrew Meyers. That matter is assigned to Judge Christopher A. Boyko, and an open indictment is pending in that matter. In both cases, the defendant is the same individual. The facts which gave rise to the indictment in this matter do relate to the facts giving rise to the indictment in the matter before Judge Boyko, case number 5:24CR0405.

Respectfully submitted,

DAVIN M. TOEPFER
United States Attorney

By: /s/ Joseph P. Dangelo

Joseph P. Dangelo (#0079898)
Assistant United States Attorney
Federal Building
Two South Main Street, Room 208
Akron, OH 44308
(330) 761-0530 FAX: (330) 375-5492
Joseph.Dangelo@usdoj.gov