PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25-CR-634 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| ANDREW MEYERS, | ) | |
| | ) | **ORDER OF REASSIGNMENT** |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 57.9(b)(3), a case may be reassigned as related to an earlier assigned case only with the concurrence of both the transferee and the transferor judges. This case is hereby transferred to the docket of Judge Christopher A. Boyko as related to Case No. 5:24-CR-405, who consents to the transfer of this case.

Dated: January 5, 2026

*/s/ Benita Y. Pearson*
United States District Judge
Transferor Judge

Dated: January 5, 2026

*/s/ Christopher A. Boyko*
United States District Judge
Transferee Judge