AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
JAN 22 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.
Andrew Meyers
*Defendant*

Case No. 5:25CR00634

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1-22-26

Andrew M
*Defendant's signature*

*Signature of defendant's attorney*

Reid Yoder
*Printed name of defendant's attorney*

*Judge's signature*

U.S. Magistrate Judge
*Judge's printed name and title*