UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAN 22 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| United States of America, | ) | Case No. 5:25cr634 |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| vs. | ) | **WAIVER OF DETENTION HEARING AND ORDER** |
| Andrew Meyers, | ) | |
| Defendant. | ) | Magistrate Judge Knapp |

Andrew Meyers, the above named defendant, accused of having violated Title 21, U.S.C., Section(s) 841(a)(1) and (b)(1)(C) ,(b)(1)(E), (b)(1)(D) and 1957 advised of the nature of the charge and of his rights, and under advice of counsel, waives his right to a detention hearing and consents that he be held without bail pursuant to Title 18, U.S.C., Section 3142 (e) and (i), reserving the right to revisit the issue of detention at a later date should circumstances change.

Defendant

Counsel for Defendant

IT IS SO ORDERED.

Approved: ______________________
Amanda M. Knapp
U.S. Magistrate Judge

Date: 1-22-26