**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 5:24-cr-00405** |
| | ) | **5:25-cr-00634** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER BOYKO** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **MOTION TO FIND *IN FORMA*** |
| **ANDREW MEYERS,** | ) | ***PAUPERIS* STATUS AND APPOINT** |
| | ) | **COUNSEL FOR APPEAL** |
| **Defendant.** | ) | |

Now comes Defendant, Andrew Meyers, by and through undersigned counsel, and hereby requests this Honorable Court to issue an Order finding *In Forma Pauperis* status. As this Court is aware, counsel of record was retained during the pendency of the trial court matter. The Defendant's family was able to retain counsel. However, the Defendant has been unemployed since his arrest in October 2024 and is not able to afford to retain counsel for his appeal. In his presentence investigation report, it correctly indicates that the Defendant does not have sufficient assets to pay a fine or court costs. He was sentenced to a lengthy period of incarceration, and to Counsel's knowledge, does not have any assets that are available to him to retain counsel. His family is no longer able to assist in his defense and respectfully requests that this Court finds that he qualifies for *In Forma Pauperis* status and appoint counsel for his appeal.

Respectfully submitted,

DICAUDO, PITCHFORD & YODER, LLC

/s/ J. Reid Yoder
J. Reid Yoder (0076587)
209 South Main Street, Third Floor
Akron, Ohio 44308
Telephone: 330.762.7477
Facsimile: 330.762.8059
ryoder@dpylaw.com

**CERTIFICATE OF SERIVICE**

I hereby certify that on June 1, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Reid Yoder
J. Reid Yoder (0076587)