IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25CR634 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW MEYERS, | ) | |
| | ) | |
| Defendant. | ) | FINAL ORDER OF FORFEITURE |
| | ) | |

The Court finds that proper proceedings have been had in this case for the issuance of a Final Order of Forfeiture, as follows:

1. On January 3, 2025, this Court initially forfeited the following property, subject to the provisions of 21 U.S.C. § 853(n):

   a. Real property located at 756 Saxon Avenue, Akron, Ohio 44314, Permanent Parcel Number: 67-44736 [titled to Deanna D. Bowen with the true owner being ANDREW MEYERS].[1]

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in initially forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

[1] On January 13, 2025, Deanna D. Bowen agreed to the forfeiture of the subject property located at 756 Saxon Avenue, Akron, Ohio, and disclaimed any interest and in the subject property. (Doc. 11-1; PageID: 41.)

3. The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for thirty (30) consecutive days beginning on April 1, 2026, and ending on April 30, 2026. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject property.

4. No claims were made to the initially forfeited property.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED:

1. The following property is finally forfeited to the United States, pursuant to FED. R. CRIM. P. 32.2(c)(2) and 21 U.S.C. § 853, for disposition in accordance with law, and no right, title, or interest shall exist in any other party:

a. Real property located at 756 Saxon Avenue, Akron, Ohio 44314, Permanent Parcel Number: 67-44736 [titled to Deanna D. Bowen with the true owner being ANDREW MEYERS]; and further described as follows:

> Situated in the City of Akron, County of Summit and State of Ohio: and known as being Lots Two Hundred Eleven (211) and Two Hundred Twelve (212) in the Lakewood Heights Allotment as recorded in Plat Book 15, Page 2, and 3 of Summit County Records.
>
> Parcel Number: 67-44736

2. The United States shall dispose of the real property in accordance with law and, particularly, the proceeds of the sale of the real property shall be paid as follows:

a.) To the United States Marshal's Service for the payment of all reasonable custodial expenses incurred in the preservation/rehabilitation of the property pending its sale, and for payment of the reasonable costs of the sale of the property.

b.) All outstanding property taxes due and owing to the Summit County Treasurer.

c.) Other encumbrances, if any, due and owing in accordance with federal law.

d.) The balance of the sale proceeds remaining after the above disbursements are paid/forfeited to the United States.

3. The criminal forfeiture action against the real property located at 1085 Jason Avenue, Akron, Ohio, Permanent Parcel Number: 67-58553, is hereby dismissed.

IT IS SO ORDERED this 21 day of July, 2026.

Christopher A. Boyko

JUDGE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO